UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 15, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00156 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| BRIAN MALIK WILLIAMS, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BRIAN MALIK WILLIAMS</u> Case No. <u>2:23-mj-00156</u> Charges <u>21 USC § 846</u> from custody for the following reasons:

|   | Release on Personal Recognizance |
|---|---|
|   | Bail Posted in the Sum of $ |
|   | Unsecured Appearance Bond $ |
|   | Appearance Bond with 10% Deposit |
|   | Appearance Bond with Surety |
|   | Corporate Surety Bail Bond |
| x | (Other): <u>Release delayed until a secured bond is in place by 12/22/2023 and with terms as stated on the record. Following release, defendant must also report directly to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM on 12/26/2023.</u> |

Issued at Sacramento, California on December 15, 2023 at 3:30 PM.

Dated:  December 15, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE