UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN MALIK WILLIAMS,<br><br>Defendant. | Criminal Case No. 2:23mj259<br>Criminal Case No. EDCA 2:23mj156 |

## ORDER

Before the Court is the Government's Amended Motion for Stay of the Release Order Pending a Revocation Hearing and *De Novo* Review (the "Motion"). Mot., ECF No. 9.[1] The Government moves this court, pursuant to 18 U.S.C. § 3145(a)(1), to stay the December 15, 2023, release order entered by United States Magistrate Judge Deborah Barnes in the Eastern District of California and to transport Defendant, Brian Malik Williams, to the Eastern District of Virginia for a hearing on the Government's Motion to Revoke Release.

Judge Barnes' release order is currently stayed until Friday, December 22, 2023. Mot. at 14, n.2, ECF No. 9. At the request of the Court, the Government submitted an updated copy of the Eastern District of California docket (ECF No. 11-1), Mr. Williams' release order (ECF No. 11-2), a copy of Mr. Williams' release conditions (ECF No. 11-3), and transcripts from two hearings before Judge Barnes (ECF Nos. 12-1 and 12-2). Having reviewed all of these materials, considered the

---

[1] The Government also filed a Motion to Stay Release Order (ECF No. 8), which is materially the same as the instant Motion. The Court will take both motions together, as such, the Motion to Stay Release Order (ECF No. 8) is also **GRANTED**.

1

nature of the offense and weight of the evidence against Mr. Williams (Mot. at 8–12, ECF No. 9), and the presumption in favor of detention pursuant to 18 U.S.C. §3142(e)(3)(A), the Court finds that a stay of Mr. Williams' release order is warranted.

Upon due consideration and for good cause shown, the Motion (ECF No. 9) is **GRANTED.** The release order entered by Magistrate Judge Deborah Barnes is hereby **STAYED.** Defendant **SHALL** be transported to the Eastern District of Virginia forthwith for a hearing on the United States' appeal of the release order. A hearing on the Government's Motion for revocation of Mr. Williams' release order shall be heard promptly upon Mr. Williams arrival in the Eastern District of Virginia. The Clerk is **REQUESTED** to send copies of this Order to Magistrate Judge Deborah Barnes of the Eastern District of California; her courtroom deputy, Shelly Her; counsel for the United States; Defendant's Eastern District of California counsel, FPD Douglas Beevers, using the contact information included in ECF No. 7.; and the United States Marshal's Service for both the Eastern District of Virginia and the Eastern District of California.

**IT IS SO ORDERED.**

/s/

Arenda L. Wright Allen
United States District Judge

December 21, 2023
Norfolk, Virginia